FILED

2004 OCT -1 PM 12: 28

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_Fort Myer's_ Division

## CIVIL RIGHTS COMPLAINT FORM

Lenny Bruce Vina

CASE NUMBER: 2:04-cv-488-FtM-33SPC
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Charlotte County Jail
Cap Penland
Cap Rogers
Cal Hill

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** Charlotte County Jail, 26601 Air Port Road, Punta Gorda, Florida 33982
(Indicate the name and location)

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 1/97)

1

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A. <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (✓)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

   1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

   1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

   2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

   3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

   4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

   1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _20_ day of _September_, ~~19~~ 2004.

_____
Signature of Plaintiff

_Stephanie A. Zola_
STEPHANIE A. ZOLA

STEPHANIE A. ZOLA
MY COMMISSION # CC 999145
EXPIRES: February 5, 2005
Bonded Thru Notary Public Underwriters

DC 225 (Rev. 1/97)           3

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? I Grieved what thay Where doing to me on 8/18/04 I Grieved Why did the Spokesmen Lie to the press and to Presadent Bush when thay Asked if the Jail Needed help 8/20/04

2. What were the results? We didn't have to Lock down. But the Jail didn't talk about what I realy was Saying and thay didn't talk about there Lie thay told the people, press and presadent and Govener Bush

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses. oK

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 20 day of September, 2004

_____
Signature of Plaintiff

Stephanie A. Zola
Stephanie A. Zola



STEPHANIE A. ZOLA
MY COMMISSION # CC 999145
EXPIRES: February 5, 2005
Bonded Thru Notary Public Underwriters

DC 225 (Rev. 1/97)                    4

IV. <u>PREVIOUS LAWSUITS</u>:

A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✗)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✗)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have

DC 225 (Rev. 1/97)                              5

been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

no

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Lenny Bruce Vina #46759

Mailing address: Charlotte County Jail, 26601 Air Port Road, Punta Gorda, Florida 33982

B. Additional Plaintiffs: ____

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Cap Penland

Work Mailing Address: Charlotte County Jail, 26601 Air Port Road, Punta Gorda, Florida 33982

Position: Cap

Employed at: Charlotte County Jail

D. Defendant: Cap Rogers

Work Mailing Address: Charlotte County Jail, 26601 Air Port Road, Punta Gorda, Florida 33982

DC 225 (Rev. 1/97)                                6

Position: Cap

Employed at: Charlotte County Jail

E. Defendant: Cpl Hill

Work Mailing Address: Charlotte County Jail, 26601 Air Port Road, Punta Gorda, Florida 33982

Position: Cpl

Employed at: Charlotte County Jail

F. Defendant:

Mailing Address:

Position:

Employed at:

G. Defendant:

Mailing Address:

Position:

Employed at:

DC 225 (Rev. 1/97)

# V

A. Defendant: Cap Pinland

   Date: 8/15/04

   Place: Charlotte County Jail


Facts: On 8/15/04 Cap Pinland open the Doors of our cells Finedly after 3 days of Smelling our on wast and with no air or water. Our cloes are not clean and We could hardly Breath Because of the air was so Bad. There was Bugs comeing from the toylots and Walls. C Pinland told us thet every thang would Be Fixed soon, He said that the toylots and showers would work and he said thet the Phones would Be on soon so we could call home, and thet We would stay in the day room in stead of Sleeping in the cells, thet we wouldn't have to lock down.


Nature: Cap Pinland, Shouldn't have let his Staff lie to Charlotte County press and presadent Bush. He harmed the Inmates by alowing this to happen, also the Doors where shut for 3 days with the toylots and water not working. The toylots had Bugs comeing out of them, Inmates didn't take Showers for 7 days, no clean cloes and when the inmates had use the restroom thay where told to dump there wast In a Bag In a gardge can, Like it was a toylot.

V

B. Defendant: Cap Rogers

Date: 8/15/04

Place: Charlotte County Jail

Facts: on 8/15/04 Cap Rogers open the Doors of our cells Finedly after 3 days of Smelling our on wast and with no air or water, Our Cloes are not clean and we could hadly Breath Because of the air was so Bad, there was Bugs comeing from the toylots and Walls. Cap Rogers told us thet every thany would Be Fixed soon. He said thet the toylots and Showers would Work and he said thet the Phones would Be on soon so we could call home. and thet we would Stay in the day room in Stead of Sleeping in the cells, thet we wouldn't have to Lock down.

Nature: Cap Rogers, Shouldn't have Let his Staff lie to Charlotte County press and presadent Bush. He harmed the inmates by alowing this to happien. also the Doors where shut for 3 days with the toylots and water not working, the toylots had Bugs comeing out of them, Inmates didn't take Showers for 7 days, no clean cloes and when the Inmates had use the restroom thay where told to dump there wast in a Bag in a garddge can, Like it was a toylot. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## V

C. Defendant: Cpl Hill

Date: 8/18/04

Place: Charlotte County Jail

Facts: on 8/18/04 Cpl Hill Locked inmate in there cells when there was still wast of the Bodie. Cpl Hill ordered the Lower staff to do this Because she thought the Jail should get Back to Normal. How could this Jail get Back to Normal when the water, showers, we are whereing the Same clos for 7 day now, the air is hard to Breath Because of the wast in the air.

Nature: Cpl Hill Locked the Jail Down when she was told not to. Cpl Hill made inmates smell there wast and showed to the inmates that she did not care about how the helth of each and ever inmate is. She planed to Lie to the press about the inmates haveing everything that thay needed the cells are un Liveably thats why thay Lied. This Bracks my 8th Amendment right and its Misconduct of a public Offical

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

9th Amendment

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

On friday August 13, 2004 hercan Charlie hight Charlotte County Florida, Charlotte County Jail held inmates in there cells for 3 days with No working water, Which made the toylot not to work. All of the toylot in the pod had Became foll with piss and Wast from the bodie also the Doors where Clopsed and this made the air not work so, We where Breathing the wast for three days. Then the Jail Findly Let us sleep in the Day room and had to let us use the out side reck yard to get fresh air. We Where treated inhuman, the Charlotte Couny Jail told us to dump our wast into garbig Bags on a trash can, "this is how we used the toylets" then we would ty the Bags we dumped our wast in and put it in the Bly garbig Can. This hell time the public was asking the Charlotte County Jail how the Jail was running after the heracun, The Jails Spokesman Lied and told them that the Jail

DC 225 (Rev. 1/97)

VII

Contenued Statement of facts: is better than the people how where Free and not locked up. The Spokesman also said that all water and showers and Electricity and TV's and AC are working fine. the Jail told the News and the radio stachin and the presadent of the United States of America this lie. When Bush came to the Jail to see if he could help the inmates and Jail staff. If the Jail told the truth then the people in the Jail would have gottin the help that thay needed water, Shower, Exa. It has been 7 days and not everyone in the Jail has taken a shower. The Charlotte County Jail thanks that spraying water on the reck yard, is showening. The water was only on for about 5 mints, maybe less. I am a humanbeing and a United States Citazen. I have right and everyone eles has the Same rights as I do. In some of the rooms there are Bugs comeing from the Wast in the toylots. We are whereing the Same cloes for more than 6 days now. The Jail Lied to the people outside. The Jail, The public was asking how the Jail was, So thay could help the Inmates in the Jail with needs as these But Because, The Jail Lied to the public there was No help for the Charlotte County Inmates. this is wrong for any citazen to be treaded so porely. The Inmates where treaded Like Anamails. The inmates have rights as a Inmate and the Charlotte County Jail has Violated many of these rights as a American Citazen.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

for the Officers to Be Charged with Misconduct of a public Official for Breaking the Planitiff's Civil Rights and for lieing to the presadent of the United States and the "Govener" Bush about the health of Inmates, this Charge is (F.S.A § 839.25, Offical Misconduct) a 3rd felony and would Keep the Officer from working in Jail's Exa.... and for The most Compesation allowable by law.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 20 day of September, 2004.

_____
Charlotte Co Jail
26601 Air Port Rd
Punta Gorda, Fla 33982
(Signatures of all Plaintiffs)

Stephanie A. Zola



DC 225 (Rev. 1/97)                    10